1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

IN RE VESTAVIA HILLS, LTD, dba
MOUNT ROYAL TOWERS,

       Debtor,

_____

U.S. SMALL BUSINESS
ADMINISTRATION, and JOVITA
CORRANZA, solely as the
Administrator of the U.S. SBA,

       Appellant

v.

VESTAVIA HILLS, LTD, dba MOUNT
ROYAL TOWERS,

       Appellee.

_____

Case No.:  3:20-cv-01824-GPC-LL

Bankr. Adv. Case No.: 20-90073-LA


**ORDER GRANTING JOINT
MOTION TO STAY**

     Having considered the parties' Joint Motion, and good cause appearing, the Court GRANTS the motion.

     IT IS HEREBY ORDERED that all proceedings in this action are stayed for a period of ninety (90) days unless Plaintiff elects to pursue an appeal of this Court's Order in Case No. 20-cv-01308-GPC-LL (ECF 27 in that matter and also entered as ECF 10 in this case) vacating the bankruptcy court's preliminary injunction and granting Defendant's motion

in this matter for withdrawal of the reference (the "Order"), in which case the litigation is stayed in this Court pending conclusion of the appeal.

The Court FURTHER ORDERS that:

1.    The parties shall provide the Court with a Joint Status Report within sixty (60) days from the date of this Order to notify the Court of any pending appeal;

2.    The parties may move at any time to lift the stay in this matter for good cause;

3.    The parties may file a joint motion to dismiss in the event that they reach a settlement agreement; and

4.    Unless an Appeal has been taken, the stay may be lifted at any time by order of the Court.

**IT IS SO ORDERED.**

Dated:  April 14, 2021

Hon. Gonzalo P. Curiel
United States District Judge